831 F.2d 302
 Business Financial Services, Inc.
v.
H.H. Armistead & Company, Industrial File Concepts, d/b/a
Industry File Co., Industry File Corp., d/b/a Industry File
Co., Industry File of Arizona, Isham (Sheryl A.), d/b/a
Ind.File Co., Isham (Michael C.), Fore (William), d/b/a
Ind. File Co., Fore (Virgil), d/b/a Ind. File Co.
 NO. 86-6442
 United States Court of Appeals,
Ninth Circuit.
 OCT 23, 1987
 
 1
 Appeal From: C.D.Cal.
 
 
 2
 AFFIRMED IN PART, REVERSED IN PART AND REMANDED.